JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | 2:13-cv-09431-CAS-FFM | Date | March 19, 2014 |
|---|---|---|---|
| Title | Marques D. Houston et al v. Wells Fargo Bank NA et al | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| R. Neal for C. JEANG | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants | |
| Not present | Not present | |

**Proceedings:**   (IN CHAMBERS) ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT

Pursuant to Plaintiffs' Notice of Intention Not to Amend RESPA Claim and Request for Remand [23] (Filed 3/17/2014) the Court hereby remands this action to Los Angeles County Superior Court.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | RGN/CMJ | |